| UNITED STATES DISTRICT COURT | Courtroom 940 | |
|---|---|---|
| EASTERN DISTRICT OF NEW YORK | DATE: 1/10/2023 | TIME: |
| BEFORE: GARY R. BROWN, U.S. DISTRICT JUDGE | | |

**FILED**
**CLERK**

CASE: Civil Cause for Telephone Pre-Motion Conference
18cv02018 PICINICH V. NASSAU COUNTY ET AL

3:33 pm, Jan 10, 2023

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

APPEARANCES:    Plaintiff:  **Pablo A. Fernandez**

Defendant:  **Ralph J. Reissman, Richard H. Yorke**

FTR:  2:15-3:00

**Motion for:** summary judgment motions, DE 104 and DE 105, summary judgment cross-motion, DE 107,
**Movant:**

Case called.

☒ Counsel for all sides present.

☒ Pre-motion conference held.

☐ Parties to meet and confer and submit a schedule within 2 weeks.

☐ Motion Schedule set.    Motion served by:

Response served by:

Reply and all papers filed by:

☐ Discovery to proceed while motion is pending. Parties to contact Magistrate Judge assigned to the case to schedule an Initial Conference.

☒ Motion argued.

☒ The Court deems the motion made.

☒ Other: For the reasons set forth on the record, judgment is entered in favor of defendants and against plaintiff.  The clerk is directed to enter judgment and close the case.,

☐ The parties are to submit order on notice to all parties.

☐ Settlement discussed. Choose an item.

☐ Jury Selection and trial set for:
Joint pretrial order due by:

** To obtain a copy of the transcript counsel should contact the ESR department in Central Islip at (631) 712-6030. Instructions and forms for requesting a transcript can be found at https://www.nyed.uscourts.gov/ under the *Court Information* tab.**