**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANDREY PICINICH,

              Plaintiff,

  - against -

COUNTY OF NASSAU, NASSAU COUNTY
POLICE DEPARTMENT, NASSAU COUNTY
POLICE DEPARTMENT EMERGENCY
AMBULANCE BUREAU. NASSAU COUNTY
POLICE OFFICER JOHN DOES #1-10,
NASSAU COUNTY POLICE OFFICER
AREVALO, NASSAU COUNTY POLICE
DEPARTMENT AMT DAVID REED,
HELBERT A. BONILLA, individually, JOHN
DOES #1-10, NASSAU COUNTY DISTRICT
ATTORNEY, and NASSAU COUNTY DISTRICT
ATTORNEY JOHN DOES #1-10,

              Defendants.
-----------------------------------------------------------X

**JUDGMENT**
CV 18-2018 (GRB) (JMW)

     A Minute Order of Honorable Gary R. Brown, United States District Judge, having been filed on January 10, 2023, granting defendants' motion for summary judgment, and directing the Clerk to enter judgment in favor of defendants and against plaintiff and to close this case closed, it is

     **ORDERED AND ADJUDGED** that plaintiff Andrey Picinich take nothing of defendants County of Nassau, Nassau County Police Department, Nassau County Police Department Emergency Ambulance Bureau, Nassau County Police Officer John Does #1-10, Nassau County Police Officer Arevalo, Nassau County Police Department AMT David Reed, Helbert A. Bonilla, John Does #1-10, Nassau County District Attorney, and Nassau County District Attorney John Does #1-10; that defendants' motion for summary judgment are granted; and that this case is closed.

Dated: January 10, 2023
      Central Islip, New York

                                        BRENNA B. MAHONEY
                                        CLERK OF COURT

                            BY:    /S/ JAMES J. TORITTO
                                        DEPUTY CLERK